AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

CAB-01-111

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 07/09/2001 |
| NAME OF SERVER (PRINT)  Mark Walker | TITLE  Deputy U.S. Marshal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served at the Law Office of Heriberto Medrano to secretary Christina Perez.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| See below | -0-. | See below |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/09/2001
Date

Signature of Server: *Mark Walker*

600 East Harrison Brownsville, Texas
Address of Server

ENDEAVOR: 07/09/2001 2:30 PM. Summons was served on the office secretary named above. 1 DUSM. Fees and mileage charged on USM-285 for case B-01-111.

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.