

```
                                              United States District Court
                                               Southern District of Texas
                                                         FILED

              UNITED STATES DISTRICT COURT           AUG 2 3 2001
               SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION              Michael N. Milby
                                                     Clerk of Court
```

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIV. NO. B-01-111 |
| § | |
| EIGHT THOUSAND NINE HUNDRED § | |
| EIGHTY DOLLARS ($8,980.00) § | |
| IN UNITED STATES CURRENCY § | |
| § | |
| Defendant. § | |

## MOTION FOR DEFAULT JUDGMENT AND AND ENTRY OF FINAL ORDER OF FORFEITURE

The United States of America, Plaintiff, pursuant to Rule 55 of the Federal Rules of Civil Procedure, moves this Court for a Default Judgment and for Entry of Final Order of Forfeiture against EIGHT THOUSAND NINE HUNDRED EIGHTY DOLLARS ($8,980.00) in UNITED STATES CURRENCY (hereafter "Defendant Currency") and as reasons state the following:

1. On June 27, 2001, Plaintiff filed its Complaint for Forfeiture In Rem seeking forfeiture of the Defendant Currency as the proceeds of, or as property used or intended to be used to facilitate, a drug transaction in violation of 21 U.S.C. § 801 et. seq. On June 28, 2001, a copy of the complaint was served by certified mail, return receipt requested, on counsel for Willie Frank McHenry ("Mr. McHenry"). Government Exhibit 1.[1] On June 28, 2001, Plaintiff also served upon Mr. McHenry's counsel Plaintiff's first set of interrogatories.[2] Personal service

---

[1] The exhibits appear at the end of this document.

[2] On July 31, 2001, counsel for the Government received a call from counsel representing Percy Jerome Smith. In that call, counsel for Mr. McHenry stated that he was still

-2-

of the complaint was also effected upon Mr. McHenry's. Government Exhibit 2.

2. In accordance with Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules"), notice of forfeiture was published in the "Brownsville Herald" newspaper for three consecutive weeks, beginning on July 1, 2001 and ending on July 15, 2001. Government Exhibits 3, 4, and 5.

3. Pursuant to Supplemental Rule C(6), as amended, a claimant is required to file a verified statement of interest or claim within 20 days of the earlier of receiving actual notice of the Government's filing of the forfeiture in rem action or completion of notice by publication, under Supplemental Rule C(4).[3] According to Supplemental Rule C(6), an answer must then be filed within 20 days after filing the claim or statement of interest.

4. More than 35 days have past since notice by publication and more than 55 days have past since service of the complaint was effected upon counsel for Mr. McHenry. To date, no one, including Mr. McHenry, has filed a claim or statement of interest to Defendant

---

waiting for information from Mr. Smith. It was counsel for the Government's understanding that this information related to answering Plaintiff's interrogatories. Mr. McHenry has not yet answered Plaintiff's first set of interrogatories. On August 13, 2001, counsel for the Government called Mr. McHenry's counsel and asked about the filing of the claim and answer. Mr. McHenry's counsel was not available, so counsel for the Government left a message inquiring about the filing of a claim and answer. No response has yet been received.

[3] In the monition sent to potential claimants in this case, the Government notified potential claimants to file verified claim or statement of interest within 30 days and an answer within 20 days. Given the complete failure by any potential claimant, including Mr. McHenry, to file either the claim or statement of interest or to file an answer within even the additional time, the difference between the former Supplemental Rule C(6) and the amended version is of no consequence.

Currency.[4]

5. Pursuant to the provisions of Rule 55(b)(2) of the Federal Rules of Civil Procedure, a Judgment by Default and entry of a Final Order of Forfeiture against the Defendant Currency is requested.[5]

                                             Respectfully submitted,

                                             GREGORY A. SERRES
                                           United States Attorney

By: _____
                                           RONALD G. MORGAN
                                           Assistant U. S. Attorney
                                           Federal Bar No. 23902
                                           TX Bar No. 00795014
                                           600 East Harrison, # 201
                                           Brownsville, Texas 78520
                                           Tel No. (956) 548-2554

---

[4] In March 2001, prior to the Government's filing the complaint in this case, Percy Jerome Smith filed an administrative claim to the Defendant Currency. Government Exhibit 6. This administrative claim required the Drug Enforcement Administration to refer the matter to the United States Attorney for judicial resolution. That filing is distinct from and does not substitute for the Supplemental Rule C(6) verified claim. United States v. One 1988 Dodge Pickup, 959 F.2d 37, 42 (5th Cir. 1992). Any claim to the contrary "reflects a basic misunderstanding of the relationship between an administrative summary forfeiture proceeding and a judicial forfeiture proceeding." United States v. $50,200 in United States Currency, 76 F. Supp. 2d 1247 (D. Wy. 1999).

[5] The Fifth Circuit has repeatedly held that Rule C(6) requires strict compliance. United States v. Real Property Located at 14301 Gateway Boulevard West, 123 F.3d 312, 313 (5th Cir. 1997); United States v-. One 1988 Dodge Pickup, 959 F.2d 37, 42 (5th Cir. 1992); United States v. $38,570 in U.S. Currency, 950 F.2d 1108, 1115 (5th Cir. 1992); United States v. One 1978 Piper Navajo PA-31 Aircraft, 748 F.2d 316, 318-19 (5th Cir. 1984). In fact, untimely claims have been stricken for being as little as seven days late. United States v. $536,039.00, 760 F.2d 575 (S.D. Miss. 1990), aff'd 144 F.3d 51 (5th Cir. 1998).

-3-

## VERIFICATION

I, Ronald G. Morgan, Assistant United States Attorney, verify the following:

1. I represent the Plaintiff in this action. The Defendant Currency was seized by agents of the Drug Enforcement Administration, who at the time of seizure had probable cause to believe the Defendant Currency was the proceeds of or was being or had been used to fascilitate a drug transaction in violation of 21 U.S.C. § 801 et seq., and was therefore, subject to forfeiture.

2. A Complaint for Forfeiture was filed by the United States of America against the Defendant Currency and was served upon all potentially interested persons.

3. No claimant has appeared or defended this action within the time required by the Supplemental Rules of Civil Procedure for Certain Admiralty and Maritime Actions.

4. The Plaintiff knows of no reason why Final Judgment by Default should not be entered against the Defendant  .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this __23rd__ day of __August__, 2001.

_____
RONALD G. MORGAN
Assistant United States Attorney

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **MOTION FOR JUDGMENT BY DEFAULT & ENTRY of FINAL ORDER OF FORFEITURE** was sent, via first-class mail, return receipt requested, to counsel for the claimant to the address listed below on this _23d_ day of _August_, 2001.

Eddie Heriberto Medrano
1101 W. Tyler Street
Harlingen, Texas 78550

RONALD G. MORGAN
Assistant U.S. Attorney

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) Christina C. Perez  B. Date of Delivery 8/4/28/01<br>C. Signature<br>X Christina C. P.   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below ☐ No |
| 1. Article Addressed to:   ---av---<br>Eddie ,Heriberto Medrano<br>1101 W. Tyler Street<br>Harlingen, TX 78550<br><br>Re: Verified CMPL f/Forfeiture in Rem & Plantiff's 1st Set of Interrogatories:<br>Civil No. B-01-111 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Copy from service label)<br>Z 077 800 295 | |

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789

**GOVERNMENT EXHIBIT**

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF (CATS ID#: 01-DEA-387157) United States of America | COURT CASE NUMBER Civil No. B-01-111 |
|---|---|
| DEFENDANT Eight Thousand Nine Hundred Eighty Dollars ($8,980.00) in United States Currency | TYPE OF PROCESS Summons/Personal Service |

**SERVE ➤ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Heriberto Eddie Medrano, Attorney At Law

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1101 W. Tyler Street, Harlingen, TX 78550

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald G. Morgan
Assistant U.S. Attorney
U.S. Attorney's Office
600 E. Harrison Street, #201
Brownsville, TX 78520-7114

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

personally hand-deliver a copy of the Verified Complaint for Forfeiture in Rem and serve summons to the above-named counsel for Claimant and/or any other qualified member of office.

| Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER 956/548-2554 | DATE June 27, 20— |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
**Christina Perez, office secretary**

Address (complete only if different than shown above)

GOVERNMENT EXHIBIT 2

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service 07/09/01 | Time 2:30 pm |
|---|---|

Signature of U.S Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges (including endeavors) $17.94 | Forwarding Fee -0- | Total Charges $62.94 | Advance Deposits -0- | Amount owed to US Marshal or $62.94 | Amount of Refund -0- |
|---|---|---|---|---|---|---|

REMARKS:

ENDEAVOR: 07/09/2001 @2:30PM. Process was served on the office secretary at the Law Office of Heriberto Medrano. 1 DUSM. 52 miles round trip.

| PRIOR EDITIONS MAY BE USED | 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

UNITED STATES DISTRIC
COURT FOR THE SOUTH
ERN DISTRICT IF TEXA
BROWNSVILLE DIVISIO!
UNITED STATES O
AMERICA VS EIGH
THOUSAND NINE HUN
DRED EIGHTY DOLLAR
($8,980 00) IN UNITE
STATES CURRENCY CIVI
ACTION NO B 01-111 NC
TICE OF SEIZURE AN
PROCESS NOTICE O
S      E
ZURE AND PROCESS N
tice is hereby given that o
June 27 2001, the Unite
States of America filed
Complaint for Forfeitur
against the property cite
above A Warrant of Se
zures and Monition was i
sued by the Clerk of th
Court upon the filing of t
Verified Complaint for Forf
ture in the above referenc
action Anyone with an int
est in the above properti
who seeks to contest the fo
feiture must intervene by f
ing a claim in the manner s
forth in the Supplement
Rules for Certain Admiral
and Maritime Claims, no lat
than 30 days after date
service and must serve an
file their answer within twer
ty (20) days after the date
filing of the claim Anyor
with interest in the abov
properties who does no
seek to contest the forfeitur
but wishes to file a petitio
for remission or mitigatio
must do so pursuant to th
procedures mandated in 2
C F.R S9 Any additione
copy of such petition mus
be filed with the U S Distric
Clerk's Office, 600 E Harr
son Street, Brownsville, Tex
as with a copy to Ronald G
Morgan, Assistant U S
Attorney, 600 E. Harrison
Street #201, Brownsville,
Texas 78520-7114, /s/.
Ronald G Morgan,
Assistant United States
Attorney 600 East
Harrison Street, #201
Brownsville, Texas 78520
7/1, 7/8, 7/15/01

# PUBLISHER'S AFFIDAVIT

STATE OF TEXAS
COUNTY OF CAMERON

_____Ricardo Acosta_____, being duly sworn on his oath states that he is the bookkeeper of the Brownsville Herald and that the attached

Notice_____

appeared in the following issues _____July 1, 2001_____

#7120_____

_____
_Ricardo Ac___

Subscribed and sworn before me this___11th___ day of _____July_____
A.D. 2001

_____
NOTARY PUBLIC, Cameron County

GOVERNMENT EXHIBIT 3

# PUBLISHER'S AFFIDAVIT

STATE OF TEXAS
COUNTY OF CAMERON

_____Ricardo Acosta_____, being duly sworn on his oath states that he is the bookkeeper of the Brownsville Herald and that the attached

Notice_____

appeared in the following issues _____July 8, 2001_____

#7120_____

_____
*Ricardo Acosta* (signature)

Subscribed and sworn before me this____12th___ day of _____July_____
A.D. 2001

_____
NOTARY PUBLIC, Cameron County

GOVERNMENT EXHIBIT 4

---

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT IF TEXAS BROWNSVILLE DIVISION
UNITED STATES AMERICA VS EIGHT THOUSAND NINE HUNDRED EIGHTY DOLLARS ($8,980.00) IN UNITED STATES CURRENCY CIVIL ACTION NO B-01 111 NOTICE OF SEIZURE PROCESS NOTICE OF SEIZURE AND PROCESS Notice is hereby given that June 27, 2001, the United States of America filed a Complaint for Forfeiture against the property described above. A Warrant of Seizures and Monition was issued by the Clerk of the Court upon the filing of a Verified Complaint for Forfeiture in the above referenced action. Anyone with an interest in the above property who seeks to contest the forfeiture must intervene by filing a claim in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims, no later than 30 days after date of service and must serve and file their answer within twenty (20) days after the date of filing of the claim. Any person with interest in the above properties who does not seek to contest the forfeiture but wishes to file a petition for remission or mitigation must do so pursuant to procedures mandated in CFR S9. Any additional copy of such petition must be filed with the US District Clerk's Office, 600 E Harrison Street, Brownsville as with a copy to Ronald Morgan, Assistant U.S. Attorney, 600 E. Harrison St #201, Brownsville, 78520-7114. /s/: Ronald Morgan, Assistant United States Attorney 600 Harrison Street, Brownsville, Texas 78520 7/1, 7/8, 7/15/01

# PUBLISHER'S AFFIDAVIT

STATE OF TEXAS
COUNTY OF CAMERON

_____Ricardo Acosta_____, being duly sworn on his oath states that he is the bookkeeper of the Brownsville Herald and that the attached

Notice_____

appeared in the following issues _____July 15, 2001_____

#7120_____

*Ricardo Aco[signature]*

Subscribed and sworn before me this____18th___ day of _____July_____
A.D. 2001

*Baldivar [signature]*
NOTARY PUBLIC, Cameron County

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT IF TEXAS BROWNSVILLE DIVISION UNITED STATES O AMERICA VS EIGH THOUSAND NINE HUN DRED EIGHTY DOLLAR $8,980 00) IN UNITE STATES CURRENCY CIV ACTION NO B-01-111 N TICE OF SEIZURE AN PROCESS NOTICE O SEIZURE AND PROCES Notice is hereby given th on June 27, 2001, the Unite States of America filed Complaint for Forfeitur against the property cite above A Warrant of Se zures and Monition was i sued by the Clerk of th Court upon the filing of th Verified Complaint for Forfe ture in the above reference action Anyone with an inte est in the above propert who seeks to contest the fo feiture must intervene by f ing a claim in the manner s forth in the Supplemen Rules for Certain Admiral and Maritime Claims, no lat than 30 days after date service and must serve an file their answer within twe ty (20) days after the date filing of the claim. Anyo with interest in the abov properties who does n seek to contest the forfeitu but wishes to file a petitic for remission or mitigati must do so pursuant to t procedures mandated in C.F.R S9 Any addition copy of such petition mu be filed with the U.S. Distri Clerk's Office, 600 E. Har son Street, Brownsville, Te as with a copy to Ronald Morgan, Assistant U.S Atto ney, 600 E. Harrison Stre #201, Brownsville, Tex 78520-7114 /s/: Ronald Morgan, Assistant Unite States Attorney 600 Ea Harrison Street, #2 Brownsville, Texas 78520
7/1, 7/8, 7/15/01

GOVERNMENT EXHIBIT 5

Forfeiture Counsel
Asset Forfeiture Section
Office of Domestic Operations
Drug Enforcement Administration
Caller Number 91017
Arlington, Virginia

**Certified and First Class Mail**

Re: Asset ID: 01-DEA-387157
    Case Number: M9010012
    Property: $8,980.00
    Seizure Date: December 7, 2000
    Seized From: Willie Frank McHenry

**Claim**

    Pursuant to a Notice of Seizure, I, Willie Frank McHenry, hereby file this claim to contest the forfeiture of my $8,980.00 in cash, in United States District Court and would show as follows:

    That I, Willie Frank McHenry, hereby make claim to the following property listed in the Notice of Seizure dated 12/7/00. I make this claim on my own behalf as the legal, rightful and/or equitable owner of the property listed in the Notice of Forfeiture; to wit:

    1.    $8,980.00 in U.S. Currency in which I claim an individual interest, and I hereby demand that the DEA either return the property to me or file suit to forfeit this property in the United States District Court where I may contest it.

    Dated this __30__ day of March, 2001.

                                               /s/ Willie F. McHenry
                                               Willie Frank McHenry

GOVERNMENT EXHIBIT 6

## VERIFICATION

I, Willie Frank McHenry, declare under penalty of perjury, that I am the legal, rightful and/or equitable owner of the $8,980.00 in U.S. Currency listed in the Notice of Seizure dated ___12/7/00___.

_Willie F. McHenry_
Willie Frank McHenry

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIV. NO. B-01-111 |
| EIGHT THOUSAND NINE HUNDRED EIGHTY DOLLARS ($8,980.00) IN UNITED STATES CURRENCY | § § § § | |
| Defendant. | § § | |

## ORDER

The United States of America has moved for entry of a Judgment by Default and a Final Order of Forfeiture. The Plaintiff has shown that there was reasonable cause for seizure of the Defendant Currency, that all potential claimants were served with notice of the action, and that no person has filed a valid claim to the Complaint. Based upon the facts presented, the Court **GRANTS** Plaintiff's motion and it is hereby **ORDERED**:

1. That a judgment by default is entered against Eight Thousand Nine Hundred Eighty dollars ($8,980.00) in United States Currency, the Defendant Currency;

2. That all persons, including Willie Frank McHenry, claiming any right, title or interest in or to the Defendant Currency are held in default;

3. That the Defendant Currency is forfeited to the United States of America; and

4. That the United States Marshals Service shall dispose of the Defendant in accordance with law.

**THIS IS THE FINAL ORDER OF FORFEITURE.**

Signed this _____ day of _____, 2001, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE